IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-165 |
| | ) | |
| HARVEY G. HICKS | ) | |

**ORDER OF COURT**

AND NOW, this 25th day of February, 2020, upon consideration of this Motion to Extend the Time for Filing Pretrial Motions, it is hereby ORDERED, ADJUDGED, AND DECREED that this motion is GRANTED; and

It is further ORDERED that the extension of time caused by this continuance (from February 24, 2020, through May 26, 2020) is deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161 *et seq*. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(A), since, for the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv);

It is further ORDERED that any pretrial motions referred to in Local Criminal Rule 12 are due on or before **May 26, 2020**.

_____
Joy Flowers Conti
United States District Judge

cc: Counsel of Record